UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*<br><br>THE WORLD PROTECTION GROUP, INC.<br><br>　　　　　　　　　　　Debtor. | Case No. 3:25-CV-00117-ART<br><br>Reassignment Order |
| THE WORLD PROTECTION GROUP, INC.,<br><br>　　　　　　　　　　　Appellant,<br>　　　v.<br><br>JAMES DAVIDSON and TRACY HOPE DAVIS,<br><br>　　　　　　　　　　　Appellees. | Case No. BK-24-50175-HLB<br>Chapter 11 |
| *In re*<br><br>THE WORLD PROTECTION GROUP, INC.<br><br>　　　　　　　　　　　Debtor. | Case No. 3:25-CV-00118-MMD |
| THE WORLD PROTECTION GROUP, INC.,<br><br>　　　　　　　　　　　Appellant,<br>　　　v.<br><br>JAMES DAVIDSON and TRACY HOPE DAVIS,<br><br>　　　　　　　　　　　Appellees. | |

　　　The presiding district judges have reviewed the cases named in the caption and determined that they are related. Further, the presiding judges have agreed that there is good cause to reassign them to one district judge under LR 42-1. Reassignment will promote judicial efficiency and not result in prejudice to the parties.

1  It is therefore ordered that Case No. 3:25-cv-00118-MMD is reassigned to
2  Judge Anne R. Traum. The Clerk of Court is directed to update Case No. 3:25-
3  cv-00118-MMD to appear as 3:25-cv-00117-ART.

5  DATED THIS 17th day of March 2025.

ANNE R. TRAUM  
UNITED STATES DISTRICT JUDGE

MIRANDA M. DU  
UNITED STATES DISTRICT JUDGE