# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| *In re* <br><br> THE WORLD PROTECTION GROUP, INC. <br><br> Debtor. | CASE NO. 3:25-CV-00117-ART <br><br> CONSOLIDATION ORDER |
| THE WORLD PROTECTION GROUP, INC., <br><br> Appellant, <br> v. <br> JAMES DAVIDSON and TRACY HOPE DAVIS, <br><br> Appellees. | Case No. 24-50175-HLB <br><br> Chapter 11 |
| *In re* <br><br> THE WORLD PROTECTION GROUP, INC. <br><br> Debtor. | Case No. 3:25-CV-00118-MMD |
| THE WORLD PROTECTION GROUP, INC., <br><br> Appellant, <br> v. <br> JAMES DAVIDSON and TRACY HOPE DAVIS, <br><br> Appellees. | |

The Court has further reviewed these cases under LR 42-1(b). The Court will accordingly consolidate these cases under Case No. 3:25-CV-00117-ART pursuant to LR 42-1(b).

It is therefore ordered that all the above-captioned cases are consolidated into Case No. 3:25-CV-00117-ART. The Clerk of Court is further directed to file a copy of this order in all the above captioned cases, close the above captioned cases except for Case No. 3:25-CV-00117-ART, and otherwise appropriately note this consolidation on the docket.

It is further ordered that all future filings in these consolidated cases must be captioned Case No. 3:25-CV-00117-ART.

DATED THIS 20th day of March 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE