# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>THE WORLD PROTECTION GROUP, INC.,<br><br>    Debtor. | Case No. 24-50175-HLB<br>Chapter 11, Subchapter V proceedings |
| THE WORLD PROTECTION GROUP, INC., a Nevada corporation,<br><br>    Appellant,<br><br>vs.<br><br>TRACY HOPE DAVIS, United States Trustee for Region 17, and JAMES S. DAVIDSON,<br><br>    Respondents. | Case No. 3:25-CV-00117-ART<br><br>**ORDER GRANTING**<br>STIPULATION TO DISMISS APPEALS<br><br>Consolidated with:<br>Case No. 3:25-CV-00118-MMD |

    IT IS HEREBY STIPULATED by the United States Trustee for Region 17, through attorney, Phillip J. Shine, Esq., James S. Davidson, through his attorney, Johnny white, Esq., and The World Protection Group, Inc., through its attorney, David A. Stephens, Esq., as follows:

    1. The Appeals consolidated into this case may be dismissed, with prejudice, as to all claims and all parties.

    2. The Respondents will not need to respond to the Appellants' Motion to Dismiss filed on June 18, 2025, and the Court will not need to resolve that motion.

///

///

3. The parties shall bear their own court costs and attorney's fees.

Dated this ___ day of June_____, 2025.

_____
David A. Stephens, Esq.
Nevada Bar No. 00902
Stephens Law Office
PO Box 33130
Las Vegas, NV 89133
Attorney for The World Protection Group, Inc.

_____
Johnny White, Esq.
California Bar No. 269306 (pro hac vice)
Wolf Rifkin Shapiro Schuman and Rabkin, LLP
1140 West Olympic Blvd., 9th Floor
Los Angeles, CA 90064
Attorney for James S. Davidson

_____
Phillip J. Shine, Esq.
Bar No. 318840
United States Department of Justice
Office of the United States Trustee
450 Golden Gate Avenue, Room 05-0153
San Francisco, CA 94102

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: July 1, 2025

Submitted by:

_____
David A. Stephens, Esq.
Nevada Bar No. 00902
Stephens Law Office
PO Box 33130
Las Vegas, NV 89133
Attorney for The World Protection Group, Inc.